IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON J. HAYES, AIS # 288446, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION 15-0101-CG-C |
| | ) |
| KIM THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 21st day of March, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE